UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANTHONY EUGENE LEWIS, | ) | CASE NO. C09-1039-RSL-MAT |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION FOR |
| | ) | AN EXTENSION OF TIME |
| KING COUNTY, et al., | ) | |
| Defendants. | ) | |

Plaintiff proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action. In an Order dated September 29, 2009, the Court found plaintiff's original proposed complaint deficient and gave plaintiff thirty days to file an amended complaint. (Dkt. 7.) Plaintiff now seeks an extension of time to file an amended complaint. (Dkt. 9.) He also requests a copy of his original complaint. Having considered plaintiff's requests, the Court finds and ORDERS as follows:

(1) Plaintiff's motion for an extension of time (Dkt. 9) is GRANTED. Plaintiff shall have until **November 19, 2009** to submit an amended complaint.

ORDER GRANTING MOTION
FOR AN EXTENSION OF TIME
PAGE -1

01      (2)    Plaintiff's request for a copy of his original complaint is reasonable. Accordingly, the Clerk is directed to send plaintiff a copy of his original proposed complaint, along with a copy of this Order.

     (3)    The Clerk is further directed to send a copy of this Order to the Honorable Robert S. Lasnik.

DATED this 5th day of November, 2009.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING MOTION
FOR AN EXTENSION OF TIME
PAGE -2